# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Wayne P. Taillefer,                                              **Civil No. 14-1281 (SRN/SER)**

       Plaintiff,

v.

                                                        **ORDER**

Carolyn W. Colvin,
Acting Commissioner of Social Security,

       Defendant.

---

       Fay E. Fishman, Esq., Peterson and Fishman, P.L.L.P, Minneapolis, Minnesota, for Plaintiff.

       Pamela A. Marentette, Esq., Office of the United States Attorney, Minneapolis, Minnesota, for Defendant.

---

       The above-captioned case came before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED that** Wayne P. Taillefer's Motion for Summary Judgment [Doc. No. 20] is **GRANTED as to remand**, and **DENIED** to the extent Taillefer seeks reversal for an award of benefits, and Carolyn Colvin, Acting Commissioner of Social Security's Motion for Summary Judgment [Doc. No. 22] is **DENIED**.

Dated: February 16, 2016

                                                                 s/Susan Richard Nelson
                                                                 SUSAN RICHARD NELSON
                                                                 United States District Judge